# Court of Appeals
# of the State of Georgia

ATLANTA, __April 17, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1512.  REGINALD WRIGHT v. THE STATE.**

On May 25, 2012, this Court granted Reginald Wright's application for interlocutory appeal. The order notified Wright that he had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-34 (b).  Twelve days later, on June 6, 2012, Wright filed his notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *LaBrew v. State*, 315 Ga. App. 865 n. 3 (729 SE2d 33) (2012).  Because Wright failed to file his notice of appeal within ten days of our order granting his application, his notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction.  See *International Indemnity Co. v. Robinson*, 231 Ga. App. 236 (498 SE2d 795) (1998), overruled on other grounds, *Canoeside Properties v. Livsey*, 277 Ga. 425 (589 SE2d 116) (2003); see also *Barnes v. Justis*, 223 Ga. App. 671 (478 SE2d 402) (1996); *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __04/17/2013__
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*